**Christopher Cornelius TAYLOR, Plaintiff–Appellant,**

v.

**James M. TURPIN, Dr., Physician at Marion Correctional Institution; Emidio J. Felicione, Doctor at Central Prison; Ella Markland, M.D., Doctor at Marion Correctional Institution; Nurse Condrey, a Registered Nurse at Marion Correctional Institution; The Utilization Review Board, Board of Doctors at Central Prison (names unknown); John Morgan; P.A. Creenshaw, Physician at Central Prison, Defendants–Appellees.**

No. 03–6130.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

Christopher Cornelius Taylor, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher Cornelius Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Taylor v. Turpin,* No. CA–02–283–MU–1 (W.D.N.C. filed Dec. 30, 2002, entered Jan. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*